**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

| | | **UNITED STATES BANKRUPTCY COURT** |
|---|---|---|
| **In the matter of:** | : | **DISTRICT OF NEW JERSEY** |
| | : | |
| Marie-Ann Greenberg, TRUSTEE | : | In Bankruptcy B- |
| Chapter 13 Bankruptcy | : | |
| | : | STATEMENT OF UNDISTRIBUTED |
| | : | BALANCE |
| **Bankruptcy** | : | |

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 04-46136 | MS | Reginald Peters | 0001 | Citimortgage Inc. | $1,926.04 | Undeliverable |

January 25, 2010
To be Deposited into Can X600        /s/Marie-Ann Greenberg
                                     **MARIE-ANN GREENBERG**
                                     **STANDING TRUSTEE**